1008

[No. 47932-6-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON HANES RAPER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00998-6, Steven J. Mura, J., entered January 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 47943-1-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. M.K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-05193-1, James Bryan Street, J., entered January 18, 2001. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Baker, J.

[No. 47986-5-I.   Division One.   January 22, 2002.]

MOHAMEDALI M. BARDAI, ET AL., *Appellants*, v. CANDACE M. LYDSTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-00315-9, David A. Nichols, J., entered January 19, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48011-1-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PERCY D. COMESLAST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07907-5, Larry A. Jordan, J., entered January 22, 2001. *Affirmed* by unpublished per curiam opinion.